```
1   RENE L. VALLADARES
    Federal Public Defender
2   State Bar No. 11479
    HEIDI A. OJEDA
3   Assistant Federal Public Defender
    Nevada State Bar No. 12223
4   411 E. Bonneville, Ste. 250
    Las Vegas, Nevada 89101
5   (702) 388-6577/Phone
    (702) 388-6261/Fax
6   Heidi_Ojeda@fd.org

7   Attorney for Shanikka Nicole Jackson
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00097-BNW |
| Plaintiff, | **WAIVER OF IDENTITY HEARING** |
| v. | |
| SHANIKKA NICOLE JACKSON, | |
| Defendant. | |

Ms. Jackson made her initial appearance in this district on February 3, 2025. At that time, Ms. Jackson reserved her right to an identity hearing in this district. Counsel has spoken to Ms. Jackson. Ms. Jackson understands she has the right to an identity hearing, she understands the purpose of that hearing and that she has the right to waive such hearing. After consultation with counsel, Mr. Jackson agrees to waive her right to

/ / /

/ / /

/ / /

the identity hearing currently scheduled for February 24, 2025. This waive is made knowing and voluntary; Ms. Jackson gave counsel permission to file this on her behalf.

DATED this 6th day of February, 2025.

RENE L. VALLADARES
Federal Public Defender

By /s/ Heidi A. Ojeda
HEIDI A. OJEDA
Assistant Federal Public Defender

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHANIKKA NICOLE JACKSON,<br><br>    Defendant. | Case No. 2:25-mj-00097-BNW<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the identity hearing currently scheduled for February 24, 2025 at 10:00 a.m., be VACATED and Ms. Jackson be transported to Western District of Oklahoma.

    DATED this  10  day of February, 2025.

                                                  UNITED STATES MAGISTRATE JUDGE